# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN LUGO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON BARNES, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-6010 DDP (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _May 29, 2012_

_____
　　HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1